

# VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Nathan Virag, #6496** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 25th day of May 2022.

This is to **FURTHER CERTIFY** that the said **Nathan Virag, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 10th day of July 2025.

Emily Wetherell
Deputy Clerk

