U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUL 16 AM 8:25

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ESTHER NGOY TEKELE
    Petitioner,

v.

Case No. 2:25-cv-637

DONALD J. TRUMP, IN HIS CAPACITY AS
PRESIDENT OF THE UNITED STATES;
PATRICIA HYDE, IN HER OFFICIAL CAPACITY AS
ACTING BOSTON FIELD OFFICE DIRECTOR,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
ENFORCEMENT AND REMOVAL OPERATIONS;
VERMONT SUB-OFFICE DIRECTOR OF IMMIGRATION
AND CUSTOMS ENFORCEMENT, ENFORCEMENT
AND REMOVAL OPERATIONS; TODD M. LYONS,
IN HIS OFFICIAL CAPACITY AS ACTIING DIRECTOR,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
PETE R. FLORES, IN HIS OFFICIAL CAPACITY AS ACTING
COMMISSIONER FOR U.S. CUSTOMS AND BORDER
PROTECTIONS; KRISTI NOEM, IN HER OFFICIAL
CAPACITY AS SECRETARY OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY;
MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS
SECRETARY OF STATE; AND PAMELA BIONDI, IN
HER OFFICIAL CAPACITY AS U.S. ATTORNEY
GENERAL; THERESA MESSIER, SUPERINTENDENT,
CHITTENDEN REGIONAL CORRECTIONAL FACILITY-
SOUTH BURLINGTON,
    Respondents.

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus, and pursuant to the All Writs Act, 28 U.S.C. § 1651, this Court has accepted jurisdiction over the review of this petition.

DATED at Rutland, in the District of Vermont, this 15th day of July 2025.

_____
Mary Kay Lanthier
United States District Court Judge